IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFF PAINO, | § | |
| | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-cv-002554-P |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
|     *Defendant*. | § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Dean McCullough stipulates, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action without prejudice.

AGREED AS TO FORM AND CONTENT:

By: *Jenny DeFrancisco*
    Jenny DeFrancisco

LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250 – Telephone
(203) 653-3424 – Facsimile
jdefrancisco@lemberglaw.com

ATTORNEYS FOR PLAINTIFF
JEFF PAINO

By: /s/ *John W. Bowdich*
    John W. Bowdich
    Texas Bar No. 00796233

The Willis Law Group, PLLC
10440 N. Central Expwy., Suite 520
Dallas, Texas 75231
(214) 736-9433 – Telephone
(214) 736-9994 – Telecopy
jbowdich@thewillislawgroup.com

ATTORNEYS FOR DEFENDANT
PROCOLLECT, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2014, a true and correct copy of the foregoing was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF), which sent notice of such filing to the following:

John W. Bowdich, Esq.
The Willis Law Group, PLLC
10440 N. Central Expwy., Suite 520
Dallas, Texas 75231
*Attorney for Defendant*

                                              By */s/ Jenny DeFrancisco*
                                                  Jenny DeFrancisco, Esq.